JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIM DEEGAN, AN INDIVIDUAL,   )      Case No. EDCV 09-1759 VAP(DTBx)
              Plaintiff,   )      **JUDGMENT**
         v.   )
WELLS FARGO HOME   )
MORTGAGE, INC., et al.,   )
          Defendants.   )
_____   )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that

Plaintiff's Complaint is DISMISSED WITH PREJUDICE to the extent it alleges claims for

violations of the Truth in Lending Act, 15 U.S.C. § 1601, et seq. and the Real Estate

Settlement Procedures Act, 12 U.S.C. 2601, et seq., and DISMISSED WITHOUT

PREJUDICE with respect to all remaining claims for relief.  The Court orders that such

judgment be entered.

Dated:  February 12, 2010

                                      _____

                                     VIRGINIA A. PHILLIPS
                                     United States District Judge